# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HOLLIDAY,<br><br>    Petitioner,<br><br>v.<br><br>DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>    Respondent. | 1:07-cv-01626 AWI-TAG (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 9)<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS (Doc. 1) |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On February 7, 2008, the Magistrate Judge assigned to the case filed Findings and Recommendations recommending the petition for writ of habeas corpus be dismissed because the petition did not state grounds that would entitle Petitioner to relief under 28 U.S.C. § 2254. (Doc. 9). The Findings and Recommendations were served on Petitioner and contained notice that any objections were to be filed within twenty days from the date of service of that order. To date, Petitioner has not filed timely objections to the Findings and Recommendations.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed February 7, 2008 (Doc. 9), are ADOPTED IN FULL;
2. The Petition for Writ of Habeas Corpus (Doc. 1), is DISMISSED; and
3. The Clerk of Court is DIRECTED to close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   March 13, 2008**                                        /s/ Anthony W. Ishii
                                                                                     UNITED STATES DISTRICT JUDGE